UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVON RAPHEAL MOSELEY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 02-007 (01) (JRT)<br><br><br>MOTION TO REDUCE SENTENCE |

Comes now Davon Moseley, through his undersigned attorney, and moves the Court to resentence him pursuant to 18 U.S.C. § 3582(c) in light of the new and retroactive sentencing guidelines applicable to crack cocaine cases.

On July 12, 2004, the Court sentenced Mr. Mosely to 105 months in custody. Mr. Moseley was found by the Court to be a career offender, but pursuant to § 4B1.1(b) the Court applied the sentencing guidelines applicable for the crack cocaine pursuant to § 2D1.1 because the resulting level was higher than the level career offender provided. He was held accountable for 261.08 grams of crack; after other adjustments and given criminal history category VI, and a guideline range of 292-365 months.

Mr. Moseley received a downward departure pursuant to § 5K1.1 and § 3553(e) in light of his substantial assistance to the United States. The Court imposed a sentence of 105 months, which was approximately a 64% departure from the applicable guidelines.

The guidelines which now apply to crack cocaine cases result in a new sentencing calculus for Mr. Moseley. The adjusted offense applicable to the crack cocaine becomes 33;

however because the career offender guidelines which apply (level 34) are now higher than the drug guidelines, Mr. Moseley's new sentence should reflect a one level reduction. If the Court imposes a commensurate reduction from the new guideline range of 262-327, the resulting sentence would be 94 months. This constitutes an 11 month reduction from the original sentence.

Mr. Moseley's projected release date is August 21, 2009. Since being in custody he has incurred no incident reports whatsoever and has participated in numerous educational programs, as well as enrolling in classes to receive his GED. If the motion is granted, his release date would be moved up approximately nine months, and he would likely become eligible for placement in a BOP halfway house sometime this summer.

In sum, Mr. Moseley prays that the Court issue an Order reducing his sentence from 105 months in prison to 94 months in prison, effective ten days from the date the Order is issued.

Dated: March 21, 2008

Respectfully submitted,

*s/ Katherine M. Menendez*
___________________________________

KATHERINE M. MENENDEZ
Attorney No. 278014
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415