UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-007(JRT/FLN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DAVON RAPHAEL MOSELY, Defendant. | ) | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE |

The United States of America, by and through its attorneys, Frank J. Magill, Jr., Acting United States Attorney for the District of Minnesota, and David Steinkamp, Assistant United States Attorney, hereby submits its response to Defendant Donta Magee's Motion for Reduction in Term of Imprisonment.

The government does not oppose a reduced sentence under Section 3582(c)(2). The government does not agree with the defendant's premise that a mathematical calculation employed by a Court during an initial sentence must necessarily persist when conducting a resentencing. When resentencing, the Court should consider the totality of the circumstances in determining whether any further reduction is warranted, including, among others, the nature of the underlying crime, the defendant's criminal history, whether a mandatory minimum applied, whether a possible § 851 enhancement was filed, the defendant's course and conduct in prison, and the extent of the reduction granted in the first sentencing.

However, in this case, under these facts, regarding this defendant, the government agrees that a reduction of the

defendant's sentence to 94 months is appropriate. The government respectfully requests that the Court make the date of its Order effective ten days from the date any Order reducing the sentence is signed in Order to provide the Bureau of Prisons and the defendant sufficient time and resources to insure that he begins his term of supervised release with all the tools necessary to be successful upon release.

Dated: April 7, 2008

Respectfully submitted,

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ David P. Steinkamp

BY: DAVID STEINKAMP
Assistant U.S. Attorney