# UNITED STATES DISTRICT COURT

for the

District of Minnesota

United States of America
v.
DAVON RAPHEAL MOSELY

Case No: 02-0007 JRT/FLN
USM No: 10265-041

Date of Previous Judgment: July 12, 2004
(Use Date of Last Amended Judgment if Applicable)

Richard Sand
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of X the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❒ DENIED. X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 105 months **is reduced to** 94 months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 34 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 262 to 327 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

❒ The reduced sentence is within the amended guideline range.

X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒ Other (explain):

**III. ADDITIONAL COMMENTS**

This order shall go into effect 10 (ten) days from the date of issue.

Except as provided above, all provisions of the judgment dated July 12, 2004 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: April 14, 2008

s/John R. Tunheim
Judge's signature

Effective Date: April 24, 2008
(if different from order date)

UNITED STATES DISTRICT JUDGE
Printed name and title