FILED BY CLERK OF COURT

RECEIVED
JUN 23 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Davon Rapheal Mosely**

**Docket No. 0:02CR00007-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Michael F. Alberts**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Davon Rapheal Mosely** who was sentenced for Possession With Intent to Distribute In Excess of 50 Grams of Crack Cocaine, on July 12, 2004, by the Honorable John R. Tunheim, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: No alcohol; not to enter establishment where alcohol is sold; participate in drug/alcohol treatment program; mandatory drug testing; no gang association; no firearms or dangerous weapons.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As required by the District of Nevada, and to help detect and deter criminal conduct while encouraging compliance and protecting the public, the defendant has agreed to allow his conditions of release to be modified to include a warrantless search

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

You shall submit to the search of your person, property, residence, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

ORDER OF THE COURT

Considered and ordered this 20th day of June, 2008, and ordered filed and made a part of the records in the above case.

John R. Tunheim
Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Michael F. Alberts
U.S. Probation Officer
Telephone: 612-664-5364
Executed on June 12, 2008
Place Minneapolis, MN

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

SCANNED
JUN 24 2008
U.S. DISTRICT COURT MPLS