PROB 49
(3/89)

RECEIVED
JUN 23 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Warrantless Search - You shall submit to the search of your person, property, residence, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.**

Witness ____________________
U.S. Probation Officer

Signed ____________________
Probationer or Supervised Releasee

06/12/08
Date

RECEIVED
MAY 29 2008
U.S. PROBATION OFFICE
MINNEAPOLIS, MINNESOTA

SCANNED
JUN 24 2008
U.S. DISTRICT COURT MPLS